TODD COURTNEY et al., Appellants, v 18TH & 8TH LLC et al., Respondents.

Submitted May 8, 2017; decided June 27, 2017

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

Judge FEINMAN taking no part.

E.J. BROOKS COMPANY, Doing Business as TYDENBROOKS, Appellant-Respondent, v CAMBRIDGE SECURITY SEALS, Respondent-Appellant.

Decided June 27, 2017

*See* 858 F3d 744.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON. Taking no part: Judge FEINMAN.

LILLIAN FISCHER, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted April 24, 2017; decided June 27, 2017

Motion for leave to appeal, insofar as taken from that portion of the Appellate Division order affirming so much of the Supreme Court order as granted the motion to dismiss the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.